IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | BRADFORD WAYNE STEWART | CASE NO. 3:20-BK-14509-J |
| | Debtor | CHAPTER 11 |

BRADFORD WAYNE STEWART                                                                              PLAINTIFF

V.                                             AP NO. 3:23-AP-01057

NAVIENT SOLUTIONS, LLC;
NAVIENT CREDIT FINANCIAL CORPORATION;
ACAPITA EDUCATION FINANCE;
THE STUDENT LOAN CORPORATION;
DISCOVER FINANCIAL SERVICES d/b/a DISCOVER STUDENT LOANS;
NELNET SERVICING, LLC d/b/a FIRSTMARK SERVICES;
UNIVERSITY ACCOUNTING SERVICE, LLC;
HEATHER STEWART; and
SYDNEY HOMSHER                                                                                             DEFENDANTS

## VOLUNTARY MOTION TO DISMISS

Comes now Plaintiff, Debtor Bradford Wayne Stewart ("Debtor"), by and through counsel, and for his Voluntary Motion to Dismiss states as follows:

1. On December 11, 2020, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, pursuant to Bankruptcy Code §§ 1107 and 1108.

2. February 3, 2022, Debtor filed a Motion to Convert the case from Chapter 7 to Chapter 11 [Docket No. 103]. After the Court's review, the Court entered an order on July 13, 2022, converting the case to Chapter 11 [Docket No. 147].

3. On or about October 13, 2023, Debtor initiated this Adversary Proceeding by filing its Complaint to Determine Dischargeability of Debts.

4. Debtor requests this Adversary Proceeding be dismissed without prejudice.

5. The Defendants who have filed responses have no objection to Debtor's request.

6. Debtor has paid all filing fees associated with this Adversary Proceeding.

WHEREFORE Plaintiff, Debtor Bradford Wayne Stewart, respectfully requests this Court enter an Order dismissing the Adversary Proceeding without prejudice, and requests all further good and proper relief to which he may be entitled.

        Respectfully submitted,

        KEECH LAW FIRM, PA
        2011 S. Broadway
        Little Rock, AR 72206
        501.221.3200 (telephone)
        501.221.3201 (facsimile)

By:   /s/ Kevin P. Keech_____
       Kevin P. Keech (Ark. Bar No. 98147)
       kkeech@keechlawfirm.com

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies a true and correct copy of the foregoing was filed via the Court's ECF system on March 19, 2024, which will send notification of such filing to all registered parties.

      /s/ Kevin P. Keech_____