IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | BRADFORD WAYNE STEWART | CASE NO. 3:20-BK-14509-J |
| | Debtor | CHAPTER 11 |

BRADFORD WAYNE STEWART                                                                                      PLAINTIFF

V.                                            AP NO. 3:23-AP-01057

NAVIENT SOLUTIONS, LLC;
NAVIENT CREDIT FINANCIAL CORPORATION;
ACAPITA EDUCATION FINANCE;
THE STUDENT LOAN CORPORATION;
DISCOVER FINANCIAL SERVICES d/b/a DISCOVER STUDENT LOANS;
NELNET SERVICING, LLC d/b/a FIRSTMARK SERVICES;
UNIVERSITY ACCOUNTING SERVICE, LLC;
HEATHER STEWART; and
SYDNEY HOMSHER                                                                                                        DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

This matter comes now before the Court on the Debtors' Motion to Dismiss [Docket No. 33] (the "Motion"). The Court finds that the Motion is well taken, complies with the requirements of law and was properly served on all creditors and parties in interest, and therefore, the Motion should be granted.

IT IS HEREBY ORDERED:

1. On March 19, 2024, the Debtor filed the Motion.

2. The Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED.**

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 04/15/2024

PREPARED BY:

 /s/ Kevin P. Keech
Kevin P. Keech (Ark. Bar No. 98147)
KEECH LAW FIRM, PA
2011 S. Broadway
Little Rock, AR 72206
501.221.3200 (telephone)
501.221.3201 (facsimile)
kkeech@keechlawfirm.com

*Attorneys for Debtor*


APPROVED BY:

*/s/ Charles T. Coleman*
Charles T. Coleman
Wright Lindsey & Jennings LP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
ccoleman@wlj.com

*Attorneys for Defendant Educational Credit Management Corporation*

*/s/ J. Brad Moore*
J. Brad Moore
Wetzel & Moore, P.A.
200 N State St #200
Little Rock, AR 72201
jbmoore@wetzelandmoore.com

*Attorneys for Defendants Navient Credit Financial Corporation and Navient Solutions, LLC*

/s/ Chris McNulty
Chris McNulty
Rose Law Firm
120 E 4th St.
 Little Rock, AR 72201
CMCNULTY@RoseLawFirm.com

*Attorneys for Defendant NELNET Servicing, LLC d/b/a Firstmark Services*

/s/ Matthew C. Arentsen
Matthew C. Arentsen

Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
MArentsen@BHFS.com

*Attorneys for Defendant Nelnet Servicing, LLC d/b/a Firstmark Services*